IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JERROD ANTONIO HEATH, as             *
Administrator of the Estate of       *
Christopher Darnell Heath,           *
Deceased; and CRISHAUN HEATH,        *
CHRISTEN HEATH, and JAYLON           *
WALKER, as Surviving Children        *
of Christopher Darnell Heath,        *
                                     *    CV 622-070
        Plaintiffs,                  *
                                     *
        v.                           *
                                     *
WARDEN BRIAN ADAMS, et al.,          *
                                     *
        Defendants.                  *
                                     *

O R D E R

Before the Court is Plaintiffs' notice of voluntary dismissal without prejudice. (Doc. 30.) Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs move to voluntary dismiss their Complaint against Defendants without prejudice. (Id. at 1.) The motion is consented to and signed by all Defendants. (Id. at 3-4.) Upon due consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of October, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA